UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

| | |
|---|---|
| STEVEN M. WILLIAMS, | ) |
| | ) |
|          **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:21-cv-00436 |
| | ) Judge: John T. Copenhaver |
| BOB BARKER INCORPORATED, AUDIE MURPHY, LT. DAVID CAVENDISH, AND TIMOTHY PERKINS, | ) |
| | ) |
|          **Defendants.** | ) |

### DEFENDANT BOB BARKER COMPANY, INC.'S MOTION TO DISMISS

COMES NOW Defendant Bob Barker Company, Inc. ("Defendant"), by and through its counsel, Clark Hill PLC, pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, and hereby moves this Court for dismissal of Plaintiff's claims against it in their entirety

WHEREFORE, as more fully discussed in the Memorandum of Law filed contemporaneously herewith, Defendant respectfully requests that this Court dismiss Plaintiff's claims against with prejudice, and award it any other such relief as the Court deems appropriate.

[signature page to follow]

2

                                        Respectfully submitted,

                                        **CLARK HILL PLC**

Date: November 4, 2021

                                        By: */s/ Allen M. Lopus*
                                               Allen M. Lopus, Esq.
                                               WV I.D. No. 7653
                                               Vincent M. Roskovensky, Esq.
                                               WV I.D. No. 10160
                                               Mario R. Bordogna, Esq.
                                               WV I.D. No. 9491
                                               Brandon J. Verdream, Esq.
                                               WV I.D. No. 11200

                                               Firm I.D. No. 282
                                               One Oxford Centre
                                               301 Grant Street, 14th Floor
                                               Pittsburgh, PA 15219-1425
                                               (412) 394-7711
                                               (412) 394-2555 (fax)
                                               alopus@clarkhill.com
                                               vroskovensky@clarkhill.com
                                               mbordogna@clarkhill.com
                                               bverdream@clarkhill.com

                                               *Attorneys for Defendant,*
                                               *Bob Barker Company, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

| | |
|---|---|
| STEVEN M. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:21-cv-00436 |
| | ) Judge: John T. Copenhaver |
| BOB BARKER INCORPORATED, AUDIE MURPHY, LT. DAVID CAVENDISH, AND TIMOTHY PERKINS, | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Dismiss has been served upon counsel of record this 4th day of November, 2021, as follows:

| **VIA U.S. MAIL** | **VIA COURT'S CM/ECF SERVICE** |
|---|---|
| Steven Williams #3545024 | Michael D. Mullins, Esq. |
| Mt. Olive Correctional Complex | Colson C. Parsons, Esq. |
| 1 Mountainside Way | **STEPTOE & JOHNSON PLLC** |
| Mt. Olive, WV 25185 | P.O. Box 1588 |
| *Pro Se Plaintiff* | Charleston, WV  25326-1588 |
| | Telephone:  (304) 353-8000 |
| | Facsimile:  (304) 353-8180 |
| | michael.mullins@steptoe-johnson.com |
| | colton.parsons@steptoe-johnson.com |
| | *Of Counsel* |

By: /s/ Allen M. Lopus
Allen M. Lopus, Esq.
WV I.D. No. 7653