IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

STEVEN M. WILLIAMS,

    Plaintiff,

v.                                Case No. 2:21-cv-00436

BOB BARKER COMPANY, INC., et al.,

    Defendants.

**ORDER**

On November 4, 2021, Defendant Bob Barker Company, Inc., by counsel, filed a Motion to Dismiss (ECF No. 22) and a Memorandum of Law in support thereof (ECF No. 23). It is hereby **ORDERED** that Plaintiff shall file a response to this motion by **December 1, 2021**. It is further **ORDERED** that Defendants may file a reply by **December 15, 2021**.

The Clerk is directed to mail a copy of this Order to Plaintiff and to transmit a copy to counsel of record.

ENTER:    November 5, 2021

                                                  Dwane L. Tinsley
                                                  United States Magistrate Judge